**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **COLUMBIA GAS TRANSMISSION, LLC,** | : | **Case No. 2:11-CV-485** |
| | : | |
| **Plaintiff,** | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Mark R. Abel** |
| **KANWAL N. SINGH, et al.,** | : | |
| **Defendants.** | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 26, 2012 Opinion and Order, the Court GRANTS Plaintiff's Motion to Enforce Settlement. Columbia Gas's Complaint is DISMISSED WITHOUT PREJUDICE, and Defendants' *pro se* counterclaims are also DISMISSED WITHOUT PREJUDICE.

Date: **March 26, 2012**    **James Bonini, Clerk**

       s/Betty L. Clark
Betty L. Clark/Deputy Clerk